1
2
3
4
5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| RUSSELL, | ) | |
|---|---|---|
| Plaintiff, | ) | 3:12-cv-00648-LRH-VPC |
| v. | ) | O R D E R |
| JUDGE DAVID CLIFTON; *et al.*, | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#6[1]) entered on July 10, 2013, recommending that Plaintiff's complaint be dismissed with prejudice. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#6) entered on July 10, 2013, should be adopted and accepted.

///

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#6) entered on July 10, 2013, is adopted and accepted, and Plaintiff's complaint (#1) is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 13th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE