1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                    * * * * *

9   RUSSELL,                          )
                                      )
10                 Plaintiff,         )        3:12-cv-00648-LRH-VPC
                                      )
11  v.                                )
                                      )        O R D E R
12  JUDGE DAVID CLIFTON; *et al.*,    )
                                      )
13                 Defendants.        )
    _____ )

14

15          Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P.

16  Cooke (#6[1]) entered on July 10, 2013, recommending that Plaintiff's complaint be dismissed with

17  prejudice.  No objection to the Report and Recommendation has been filed.  The action was referred

18  to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of

19  Practice of the United States District Court for the District of Nevada.

20          The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

21  memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

22  and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

23  (#6) entered on July 10, 2013, should be adopted and accepted.

24  ///

25

26          [1]Refers to court's docket number.

1        IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#6)

2    entered on July 10, 2013, is adopted and accepted, and Plaintiff's complaint (#1) is DISMISSED with

3    prejudice.

4        IT IS SO ORDERED.

5        DATED this 13th day of September, 2013.

6                                                  _____

7                                                  LARRY R. HICKS
                                                   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26